**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 19-10813-TPA** |
| | : | |
| **Breana R. Hayes,** | : | **CHAPTER 13** |
| Debtor, | : | |
| | : | **RELATED TO DOCKET NO.: 10** |
| **Breana R. Hayes,** | : | |
| Movant, | : | **HEARING DATE & TIME:** |
| | : | |
| vs. | : | |
| | : | |
| **Quicken Loans Inc,** | : | |
| | : | **FILED PURSUANT TO 11 USC § 362 (C) (3) (B)** |
| AND | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**MOTION TO EXTEND THE AUTOMATIC STAY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **September 6, 2019**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **September 25, 2019 at 11:30am** before Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>August 20, 2019</u>

        Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Extend the Automatic Stay and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **August 20, 2019**　　　　　　　　　　　　*By: /s/ Clarissa Bayhurst*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clarissa Bayhurst, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

Midland Funding LLC
2355 Northside Drive
Suite 300
San Diego, CA 92108-2708

PRA Receivables Management, LLC
claims@recoverycorp.com

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quicken Loans Inc
635 Woodward Avenue
Detroit, MI 48226-3408

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Capital One N.A.
PO Box 30285
Salt Lake City, UT 84130-0285

Breana R. Hayes
8 Coutter Road
Greenville, PA 16125-8123

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Penn Power
5001 NASA Boulevard
Fairmont, WV 26554-8248

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Social Security Administration Office
155-10 Jamaica Avenue
Jamaica, NY 11432

US Department of Education / Mohela
633 Spirit Drive
Chesterfield, MO 63005-1243

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

LVNV Funding LLC
assignee of Capital One Bank (USA) NA
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

Syncb / JCPenney
Po Box 965007
Orlando, FL 32896-5007

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com