FILED
9/9/19 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-10813-TPA |
| | : | |
| Breana R. Hayes, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 15 |
| Breana R. Hayes, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

### ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF CHAPTER 13 PETITION, SCHEDULES, CHAPTER 13 PLAN PAYMENT AND PROOF OF INCOME

**AND NOW** on this ___9th___ day of ___September___, 2019, upon consideration of Debtor's Second Motion to Extend Deadline Regarding Completion of the Filing of Chapter 13 Petition, Schedules, Chapter 13 Plan Payment and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtor shall have until **September 14, 2019**, [8 days later] to file her Chapter 13 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required.  No further extensions will be granted.

Since the Court previously indicated that no further extensions would be allowed on the last extension the debtor sought, yet nevertheless, the Debtor seeks yet another extension, and the Court is willing to allow it, provided however, if the filing is not complete as of September 14, 2019,  the case will be dismissed without further notice or hearing.

Thomas P. Agresti, Judge       jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Breana R. Hayes
    Debtor

Case No. 19-10813-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: aala     Page 1 of 1     Date Rcvd: Sep 09, 2019
                  Form ID: pdf900     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2019.
```
db              +Breana R. Hayes,    8 Coutter Road,    Greenville, PA 16125-8123
15103517        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
15103520        +Midland Funding LLC,    2355 Northside Drive,    Suite 300,    San Diego, CA 92108-2708
15103527        +US Department of Education / Mohela,    633 Spirit Drive,    Chesterfield, MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2019 02:51:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15103516        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2019 02:51:27     Capital One N.A.,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
15103518        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2019 02:51:48     LVNV Funding LLC,
                 assignee of Capital One Bank (USA) NA,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
15108361         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2019 02:51:29     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15103519        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 10 2019 02:53:08     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
15103522         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2019 02:52:06
                 Portfolio Recovery Associates LLC,    PO Box 12914,    Norfolk, VA 23541
15103521        +E-mail/Text: bankruptcy@firstenergycorp.com Sep 10 2019 02:53:12     Penn Power,
                 5001 NASA Boulevard,    Fairmont, WV 26554-8248
15106881         E-mail/Text: bnc-quantum@quantum3group.com Sep 10 2019 02:52:55
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
15103523        +E-mail/Text: bnc-quantum@quantum3group.com Sep 10 2019 02:52:55
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
15103524        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 10 2019 02:53:26     Quicken Loans Inc,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
15103525         E-mail/Text: philadelphia.bnc@ssa.gov Sep 10 2019 02:53:26
                 Social Security Administration Office,    155-10 Jamaica Avenue,    Jamaica, NY 11432
15103526        +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 02:52:07     Syncb / JCPenney,    Po Box 965007,
                 Orlando, FL 32896-5007
15104610        +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 02:52:04     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
15118213*       +Quicken Loans Inc.,    635 Woodward Avenue,    Detroit, MI 48226-3408
15108767*       +US Department of Education/MOHELA,    633 Spirit Dr,    Chesterfield, MO 63005-1243
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2019 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor Breana R. Hayes dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```