IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CASE NO. 19-10813-TPA |
|---|---|---|
|  | : |  |
| Breana R Hayes, | : | CHAPTER 13 |
| Debtor. | : |  |
|  | : |  |

**PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)**

**DATES OF ENCLOSED PAYMENT ADVICES:**

**July 5, 2019**

**July 19, 2019**

**August 2, 2019**

**Next Payment Advice Expected (post-filing):**

**August 16, 2019**

C.B.                                                                                      HAYES, BREANA R



**THE GROVE AT GREENVILLE**
110 FREDONIA ROAD GREENVILLE, PA 16125 7911

**PAYROLL STUB**

PSD: 430804
Telephone Number: (724) 588-8090

RETAIN THIS FOR YOUR RECORDS

| Check Number | Period End | Name | ID No. | Rate Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 113639 | 06/29/19 | HAYES, BREANA | 110017 | 12.2500 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | LST | DEDUCTIONS THIS PAY |
|---|---|---|---|---|---|
| REG | 73.50 | 12.2500 | 900.38 | N | 2.00 |
| OT | 02.00 | 18.7459 | 37.49 | | |
| DIFFER | 70.00 | 0.5000 | 35.00 | | |
| WKNDCNA | 21.00 | 1.0000 | 21.00 | | |

Sick 0.00   VAC 0.00

| | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI |
|---|---|---|---|---|---|---|
| | 94.26 | 30.51 | 9.94 | 61.62 | 14.41 | 0.60 |
| | 94.26 | 30.51 | 9.94 | 61.62 | 14.41 | 0.50 |

| | GROSS | | | | | NET THIS PAY |
|---|---|---|---|---|---|---|
| THIS PAY | 993.87 | | | | | 780.53 |
| YR TO DATE | 993.87 | | | | | |

Software by Reliable Health Systems, Inc.





THE GROVE AT GREENVILLE
110 FREDONIA ROAD GREENVILLE, PA 16125791.1

PAYROLL STUB

PSD: 430804
Telephone Number: (724) 588-8090

RETAIN THIS FOR YOUR RECORDS

| Check Number | Period End | Name | I.D. No. | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 113914 | 07/27/19 | HAYES, BREANA | 110017 | 12.2500 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS |
|---|---|---|---|
| REG | 42.00 | 12.2500 | 514.50 |
| DIFFER | 42.00 | 0.5000 | 21.00 |
| WKNDCNA | 07.50 | 1.0000 | 7.50 |

Sick 0.00  VAC 0.00  LST N  2.00

DEDUCTIONS THIS PAY

| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE | SUI | NET |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 543.00 | 40.16 | 16.67 | 5.43 | 33.67 | 7.87 | 0.33 | 436.87 |
| YR TO DATE | 2543.74 | 230.24 | 78.09 | 25.44 | 157.72 | 36.89 | 1.53 |  |

Software by Reliable Health Systems, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | | : | CASE NO. 19-10813-TPA |
| | | : | |
| Breana R Hayes, | | : | CHAPTER 13 |
| | Debtor | : | |
| | | : | |
| Breana R Hayes, | | : | |
| | Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Breana R Hayes**, hereby state as follows:

1.) I work for The Grove at Greenville where I bring home an average of $1,087.58 per month.
2.) I receive Child Support in the amount of $505.18 per month.
3.) I also receive Food Stamps in the amount of $505.00 per month.
4.) I was required to file 2017 - 2018 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: September 17, 2019                    /s/ Breana R Hayes
                                             Debtor