Form 309

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Breana R. Hayes**                                       :          Case No. 19–10813–TPA
   *Debtor(s)*                                          :          Chapter: 13
                                     :
                                       :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

     ***AND NOW,*** this ***The 17th of September, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

     (1)   The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-10813-TPA
Breana R. Hayes                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: jmar              Page 1 of 1              Date Rcvd: Sep 17, 2019
                              Form ID: 309            Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
```
db              +Breana R. Hayes,    8 Coutter Road,   Greenville, PA 16125-8123
15120057        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15103520        +Midland Funding LLC,    2355 Northside Drive,    Suite 300,    San Diego, CA 92108-2708
15103527        +US Department of Education / Mohela,    633 Spirit Drive,   Chesterfield, MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +EDI: PRA.COM Sep 18 2019 06:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15103516        +EDI: CAPITALONE.COM Sep 18 2019 06:53:00      Capital One N.A.,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
15103517        +EDI: CHASE.COM Sep 18 2019 06:53:00      Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
15103518        +EDI: RESURGENT.COM Sep 18 2019 06:53:00      LVNV Funding LLC,
                 assignee of Capital One Bank (USA) NA,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
15108361         EDI: RESURGENT.COM Sep 18 2019 06:53:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
15103519        +EDI: MID8.COM Sep 18 2019 06:53:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
15103522         EDI: PRA.COM Sep 18 2019 06:53:00      Portfolio Recovery Associates LLC,    PO Box 12914,
                 Norfolk, VA 23541
15103521        +E-mail/Text: bankruptcy@firstenergycorp.com Sep 18 2019 03:32:06      Penn Power,
                 5001 NASA Boulevard,   Fairmont, WV 26554-8248
15106881         EDI: Q3G.COM Sep 18 2019 06:53:00      Quantum3 Group LLC as agent for,    MOMA Trust LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
15103523        +EDI: Q3G.COM Sep 18 2019 06:53:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
15103524        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 18 2019 03:32:36      Quicken Loans Inc,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
15103525         E-mail/Text: philadelphia.bnc@ssa.gov Sep 18 2019 03:32:39
                 Social Security Administration Office,    155-10 Jamaica Avenue,    Jamaica, NY 11432
15103526        +EDI: RMSC.COM Sep 18 2019 06:53:00      Syncb / JCPenney,    Po Box 965007,
                 Orlando, FL 32896-5007
15104610        +EDI: RMSC.COM Sep 18 2019 06:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                             TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
15118213*       +Quicken Loans Inc.,   635 Woodward Avenue,   Detroit, MI 48226-3408
15108767*       +US Department of Education/MOHELA,   633 Spirit Dr,   Chesterfield, MO 63005-1243
                                                                 TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
```
            Daniel P. Foster    on behalf of Debtor Breana R. Hayes dan@mrdebtbuster.com,
             clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
            James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                     TOTAL: 4
```