# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Breana R. Hayes, : Bankruptcy No: 19-10813-TPA
    *Debtor*, : Chapter 13
 :
vs. :
 : DOCKET NO.:
 :
Midland Funding LLC, :
    *Movant*, :
 :

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:**      **Midland Funding LLC**
**Incorrect Address:**  **2355 Northside Drive, Suite 300, San Diego CA 92108-2708**
**Correct Address:**    **350 Camino De La Reina, San Diego CA 92108**

                                              Respectfully Submitted,

Date:  September 20, 2019                     /s/Daniel P. Foster, Esquire
                                              Daniel P. Foster, Esquire
                                              PA I.D. #92376
                                              FOSTER LAW OFFICES
                                              PO Box 966
                                              Meadville, PA 16335
                                              Tel: 814.724.1165
                                              Fax: 814.724.1158
                                              Dan@MrDebtBuster.com
                                              Attorney for Debtors