FILED
9/24/19 4:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-10813-TPA |
| | : | |
| Breana R. Hayes, | : | Chapter 13 |
|     Debtor, | : | |
| _____ | : | Related to Docket No: 28 |
| Breana R. Hayes, | : | |
|     Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |

### ORDER REGARDING DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE WITHOUT PREJUDICE, TERMINATING WAGE ATTACHMENTS, AND REINSTATING CREDITOR COLLECTION REMEDIES FOR FAILURE TO COMPLETE BANKRUPTCY FILING

AND NOW on this __24th__ day of __September__, 2019 upon consideration of the within Motion, it is hereby **ORDERED, ADJUDGED AND DECREED** that the MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE WITHOUT PREJUDICE, TERMINATING WAGE ATTACHMENTS, AND REINSTATING CREDITOR COLLECTION REMEDIES FOR FAILURE TO COMPLETE BANKRUPTCY FILING is hereby **GRANTED**. The Order Dismissing Case is **VACATED** and the Chapter 13 Case is **REINSTATED**.

.

BY THE COURT:

_[signature]_
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 19-10813-TPA
Breana R. Hayes                                                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: aala                 Page 1 of 1              Date Rcvd: Sep 24, 2019
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2019.
db            +Breana R. Hayes,    8 Coutter Road,    Greenville, PA 16125-8123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2019 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Breana R. Hayes dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4