**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−10813−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Breana R. Hayes
   8 Coutter Road
   Greenville, PA 16125

Social Security No.:
   xxx−xx−2769

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335<br>Telephone number: 814.724.1165 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>January 28, 2020<br>01:00 PM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | CONFIRMATION HEARING DATE/TIME/LOC<br>January 28, 2020<br>01:00 PM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 12/12/19

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-10813-TPA
Breana R. Hayes                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: aala              Page 1 of 2              Date Rcvd: Dec 12, 2019
                              Form ID: rsc13          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db          +Breana R. Hayes,    8 Coutter Road,    Greenville, PA 16125-8123
15103517    +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
15120057    +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
              c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
              Boca Raton, FL 33487-2853
15103520    +Midland Funding LLC,    350 Camino De La Reina, Suite 300,    San Diego, CA 92108-3007
15103527    +US Department of Education / Mohela,    633 Spirit Drive,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2019 03:21:15      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA   17128-0946
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 03:38:18
              PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
15103516    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 13 2019 03:37:39      Capital One N.A.,
              PO Box 30285,    Salt Lake City, UT 84130-0285
15103518    +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2019 03:38:26      LVNV Funding LLC,
              assignee of Capital One Bank (USA) NA,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
15108361     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2019 03:38:29      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15103519    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 13 2019 03:21:24      Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
15103522     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 03:38:53
              Portfolio Recovery Associates LLC,    PO Box 12914,    Norfolk, VA 23541
15103521    +E-mail/Text: bankruptcy@firstenergycorp.com Dec 13 2019 03:21:26      Penn Power,
              5001 NASA Boulevard,    Fairmont, WV 26554-8248
15106881     E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2019 03:21:12
              Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,   Kirkland, WA  98083-0788
15103523    +E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2019 03:21:12
              Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
              Kirkland, WA 98083-0788
15103524    +E-mail/Text: bankruptcyteam@quickenloans.com Dec 13 2019 03:21:34      Quicken Loans Inc,
              635 Woodward Avenue,    Detroit, MI 48226-3408
15103525     E-mail/Text: philadelphia.bnc@ssa.gov Dec 13 2019 03:21:35
              Social Security Administration Office,    155-10 Jamaica Avenue,    Jamaica, NY 11432
15103526    +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2019 03:37:37      Syncb / JCPenney,    Po Box 965007,
              Orlando, FL 32896-5007
15104610    +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2019 03:37:37      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Quicken Loans Inc.
15139919*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
15118213*    +Quicken Loans Inc.,    635 Woodward Avenue,   Detroit, MI 48226-3408
15108767*    +US Department of Education/MOHELA,    633 Spirit Dr,    Chesterfield, MO 63005-1243
                                                                                      TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-1          User: aala               Page 2 of 2              Date Rcvd: Dec 12, 2019
                              Form ID: rsc13           Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Breana R. Hayes dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```