**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-10813-JCM |
| | : | |
| Breana R. Hayes, | : | CHAPTER 13 |
|     Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Breana R. Hayes, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 101 |
| | : | |
| vs. | : | |
| | : | |
| Hermitage Nursing & Rehabilitation, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: April 10, 2024

By: /s/ Kristen N. Dennis
KRISTEN N. DENNIS, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**HERMITAGE NURSING & REHABILITATION**
**500 CLARKSVILLE ROAD**
**HERMITAGE, PA 16148**
**ATTENTION:  PAYROLL ADMINISTRATOR**