IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-10813-JCM |
| | : | |
| Breana R Hayes, | : | CHAPTER 13 |
|     Debtor, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Breana R Hayes, | : | |
|     Movant, | : | DOCKET NO.: 106 |
| | : | |
| vs. | : | |
| | : | |
| Quality Life Service, | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |
| | : | |
| Social Security No. xxx-xx- 2769 | : | |

## ORDER TO TERMINATE WAGE ATTACHMENT

Upon representation of the above-named Debtor(s), having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

    **IT IS, THEREFORE, ORDERED** that the wage attachment currently in place with Quality Life Service is terminated.

    **IT IS FURTHER ORDERED** that this Order supersedes any previous order made to the above-named entity.

    **IT IS FUTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to the and Order of this Court.

DATED THIS __25th__ day of_____June_____, 2024

                                                                      _____ jlm
                                                                       John C Melaragno,
                                                                       U.S. Bankruptcy Judge

                                                                       SIGNED
                                                                       6/25/24 9:19 am
                                                                       CLERK
                                                                       U.S. BANKRUPTCY
                                                                       COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-10813-JCM
Breana R. Hayes  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2
Date Rcvd: Jun 25, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Breana R. Hayes, 8 Coutter Road, Greenville, PA 16125-8123 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:

**Name**      **Email Address**

Daniel P. Foster
     on behalf of Debtor Breana R. Hayes dan@mrdebtbuster.com
     katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
     on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Maria Miksich
     on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Jun 25, 2024 Form ID: pdf900 Total Noticed: 1
TOTAL: 6