**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **CASE NO. 19-10813-JCM** |
| **Breana R. Hayes,** | : | |
|       **Debtor** | : | **CHAPTER 13** |
| | : | |
| | : | **DOCUMENT NO. _____** |
| **Foster Law Offices, LLC AND** | : | |
| **Ronda Winnecour,** | : | |
| **Chapter 13 Trustee,** | : | |
|       **Movants.** | : | |
| | : | |
|       **vs.** | : | |
| **No Respondent.** | : | |

**CONSENT ORDER APPROVING REMAINDER OF ATTORNEY FEES**

AND NOW, this _____ day of _____, 2024, upon consent of the Debtor's Counsel and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties, as the instant case is scheduled to successfully complete and imminently close.

AND NOW, the parties aver that case is in month 59 of a 60-month confirmed plan term and the plan base has been met.

AND NOW, the parties consent that the most recent confirmed plan in this case "ear-marked" Five Hundred Dollars ($500.00) in additional attorney fees over and above the previous "no-look" fee of four thousand dollars ($4,000.00).

AND NOW, counsel for the Debtor verifies that time and fees in the case are at least Four Thousand Five Hundred Dollars ($4,500.00) total.

AND NOW, the parties aver that there are sufficient funds on hand with the Chapter 13 Trustee to immediately pay Debtor's Counsel the monies due.

It is ORDERED that the Chapter 13 Trustee is authorized to disburse the remaining Five Hundred Dollars ($500.00) on hand for earned attorney fees, absent a formal fee application.

It is also ORDERED that Debtor's Counsel shall IMMEDIATELY serve a copy of this Order on the Debtor and all creditors on the Matrix.

BY THE COURT:

_____
John C. Melaragno
U.S. BANKRUPTCY JUDGE

Consented to:

*/s/Daniel P. Foster*  
Daniel P. Foster  
Attorney for Debtor

*/s/Ronda Winnecour*  
Ronda Winnecour  
Chapter 13 Trustee