Certificate Number: 03088-PAW-DE-038812131

Bankruptcy Case Number: 19-10813



03088-PAW-DE-038812131

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2024, at 10:20 o'clock AM CDT, Breana R Hayes completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 28, 2024           By:   /s/Katherine Minnich

                                  Name: Katherine Minnich

                                  Title: Counselor