**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-10813-JCM |
| | : | |
| **Breana R. Hayes,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **Breana R. Hayes,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 115 |
| | : | |
| vs. | : | |
| | : | |
| **Hermitage Nursing & Rehabilitation,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: September 30, 2024             By: /s/ Kristen N. Dennis
                                            Kristen N. Dennis, PARALEGAL
                                            FOSTER LAW OFFICES
                                            1210 Park Avenue
                                            Meadville, PA 16335
                                            Tel 814.724.1165
                                            Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

**HERMITAGE NURSING & REHABILITATION**
**500 CLARKSVILLE ROAD**
**HERMITAGE, PA 16148**