**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BREANA R. HAYES<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:19-10813<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

November 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/13/2019 and confirmed on 1/30/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 63,653.12 |
| Less Refunds to Debtor | | 37.42 | |
| TOTAL AMOUNT OF PLAN FUND | | | 63,615.70 |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 4,100.00 | |
|   Trustee Fee | | 3,230.05 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 7,330.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 39,360.84 | 0.00 | 39,360.84 |
|     Acct: 2976 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 15,994.04 | 15,994.04 | 0.00 | 15,994.04 |
|     Acct: 2976 | | | | |
| | | | | 55,354.88 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BREANA R. HAYES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BREANA R. HAYES | 37.42 | 37.42 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,600.00 | 3,600.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 500.00 | 500.00 | 0.00 | 0.00 |
|     Acct: XXX 111 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 650.00 | 650.00 | 0.00 | 650.00 |
|     Acct: 2976 | | | | |
| | | | | 650.00 |
| **Unsecured** | | | | |
|   QUANTUM3 GROUP LLC - AGENT MOMA | 177.26 | 3.68 | 0.00 | 3.68 |
|     Acct: 5291 | | | | |
|   QUANTUM3 GROUP LLC - AGENT MOMA | 195.87 | 4.07 | 0.00 | 4.07 |
|     Acct: 3048 | | | | |
|   QUANTUM3 GROUP LLC - AGENT MOMA | 731.62 | 15.20 | 0.00 | 15.20 |
|     Acct: 9484 | | | | |
|   LVNV FUNDING LLC | 459.39 | 9.55 | 0.00 | 9.55 |
|     Acct: 8964 | | | | |
|   US DEPARTMENT OF EDUCATION/MOHEL | 2,778.30 | 57.72 | 0.00 | 57.72 |
|     Acct: 2769 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,490.46 | 30.97 | 0.00 | 30.97 |

19-10813                                                                                                   Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 4619 | | | | |
| | PENN POWER* | 1,368.71 | 28.44 | 0.00 | 28.44 |
| | Acct: 6534 | | | | |
| | MIDLAND FUNDING LLC | 1,394.89 | 28.99 | 0.00 | 28.99 |
| | Acct: 4057 | | | | |
| | MIDLAND FUNDING LLC | 1,186.42 | 24.65 | 0.00 | 24.65 |
| | Acct: 3202 | | | | |
| | MIDLAND FUNDING LLC | 1,807.01 | 37.55 | 0.00 | 37.55 |
| | Acct: 0979 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,922.37 | 39.95 | 0.00 | 39.95 |
| | Acct: 8793 | | | | |
| | SOCIAL SECURITY ADMINISTRATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1218 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7369 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3202 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 280.77 |

TOTAL PAID TO CREDITORS                                                                                  56,285.65

TOTAL CLAIMED
PRIORITY            650.00
SECURED          15,994.04
UNSECURED        13,512.30


Date: 11/25/2024                                           /s/ Ronda J. Winnecour

                                                           RONDA J WINNECOUR PA ID #30399
                                                           CHAPTER 13 TRUSTEE WD PA
                                                           600 GRANT STREET
                                                           SUITE 3250 US STEEL TWR
                                                           PITTSBURGH, PA  15219
                                                           (412) 471-5566
                                                           cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BREANA R. HAYES

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-10813

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10813-JCM |
| Breana R. Hayes | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Breana R. Hayes, 8 Coutter Road, Greenville, PA 16125-8123 |
| 15103524 | + | Quicken Loans Inc, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 01:10:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15103516 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:33:10 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15103517 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 27 2024 01:33:27 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15120057 | + | Email/Text: RASEBN@raslg.com | Nov 27 2024 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15103518 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 00:15:46 | LVNV Funding LLC, assignee of Capital One Bank (USA) NA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15108361 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 00:16:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15103527 | | Email/Text: EBN@Mohela.com | Nov 27 2024 00:17:00 | US Department of Education / Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15103519 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 27 2024 00:19:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15103520 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 27 2024 00:19:00 | Midland Funding LLC, 350 Camino De La Reina, Suite 300, San Diego, CA 92108-3007 |
| 15103522 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:15:40 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 15103521 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 27 2024 00:19:00 | Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |
| 15103523 | + | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 00:19:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15106881 | | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 00:19:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15103525 | | Email/Text: ssa.bankruptcy@ssa.gov | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 18 |

| | | | Nov 27 2024 00:18:00 | Social Security Administration Office, 155-10 Jamaica Avenue, Jamaica, NY 11432 |
|---|---|---|---|---|
| 15103526 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:34:51 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15104610 | ^ | MEBN | Nov 27 2024 00:13:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15108767 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15139919 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15118213 | *+ | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:

**Name**         **Email Address**

Brent J. Lemon
   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com

Daniel P. Foster
   on behalf of Debtor Breana R. Hayes dan@mrdebtbuster.com
   katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
   on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Maria Miksich
   on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

| District/off: 0315-1 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 18 |

TOTAL: 7