**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| BREANA R. HAYES | Case No.:19-10813 |
| Debtor(s) | |
| Ronda J. Winnecour Movant | Document No.: |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/13/2019 and confirmed on 01/30/2020 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 63,653.12 |
| Less Refunds to Debtor | 37.42 | |
| TOTAL AMOUNT OF PLAN FUND | | 63,615.70 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,100.00 | |
| Trustee Fee | 3,230.10 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,330.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN Acct: 2976 | 0.00 | 39,360.84 | 0.00 | 39,360.84 |
| QUICKEN LOANS LLC FKA QUICKEN LOAN Acct: 2976 | 14,815.95 | 14,815.95 | 0.00 | 14,815.95 |
| | | | | 54,176.79 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BREANA R. HAYES Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BREANA R. HAYES Acct: | 37.42 | 37.42 | 0.00 | 0.00 |
| FOSTER LAW OFFICES** Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ** Acct: | 3,600.00 | 3,600.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ** Acct: XXX 111 | 500.00 | 500.00 | 0.00 | 0.00 |

| 19-10813 | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|    QUICKEN LOANS LLC FKA QUICKEN LOAN | 650.00 | 650.00 | 0.00 | 650.00 |
|       Acct: 2976 | | | | |
| | | | | 650.00 |
| **Unsecured** | | | | |
|    QUANTUM3 GROUP LLC - AGENT MOMA | 177.26 | 19.14 | 0.00 | 19.14 |
|       Acct: 5291 | | | | |
|    QUANTUM3 GROUP LLC - AGENT MOMA | 195.87 | 21.15 | 0.00 | 21.15 |
|       Acct: 3048 | | | | |
|    QUANTUM3 GROUP LLC - AGENT MOMA | 731.62 | 78.99 | 0.00 | 78.99 |
|       Acct: 9484 | | | | |
|    LVNV FUNDING LLC | 459.39 | 49.60 | 0.00 | 49.60 |
|       Acct: 8964 | | | | |
|    US DEPARTMENT OF EDUCATION/MOHEL | 2,778.30 | 299.95 | 0.00 | 299.95 |
|       Acct: 2769 | | | | |
|    JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,490.46 | 160.91 | 0.00 | 160.91 |
|       Acct: 4619 | | | | |
|    PENN POWER* | 1,368.71 | 147.77 | 0.00 | 147.77 |
|       Acct: 6534 | | | | |
|    MIDLAND FUNDING LLC | 1,394.89 | 150.59 | 0.00 | 150.59 |
|       Acct: 4057 | | | | |
|    MIDLAND FUNDING LLC | 1,186.42 | 128.09 | 0.00 | 128.09 |
|       Acct: 3202 | | | | |
|    MIDLAND FUNDING LLC | 1,807.01 | 195.08 | 0.00 | 195.08 |
|       Acct: 0979 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES LL( | 1,922.37 | 207.54 | 0.00 | 207.54 |
|       Acct: 8793 | | | | |
|    SOCIAL SECURITY ADMINISTRATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1218 | | | | |
|    SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 7369 | | | | |
|    SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 3202 | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
| | | | | 1,458.81 |
| **TOTAL PAID TO CREDITORS** | | | | 56,285.60 |

TOTAL CLAIMED
PRIORITY                    650.00
SECURED                  14,815.95
UNSECURED               13.512.30

Date: 02/13/2025                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com